

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-13-00275-CV

Style:        Michael Grabowski

          **v** South Shore Property Management

Date motion filed<sup>*</sup>:  March 25, 2013

Type of motion:    Motion to extend deadline for notice of appeal

Party filing motion:  Appellant

Document to be filed:  Notice of appeal

Is appeal accelerated?  No

If motion to extend time:
   Original due date:     March 4, 2013
   Number of previous extensions granted:  0    Current Due date:
   Date Requested:

Ordered that motion is:

  ☐   Granted

      If document is to be filed, document due:

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

  ☑   Denied

  ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐   Other: _____

  **Any motion to extend the deadline for filing the notice of appeal was due no later than March 19, 2013.**
  *See* **TEX. R. APP. P. 26.1, 26.3;** *see also* **TEX. R. APP. P. 2. Accordingly, the motion is denied.**

Judge's signature:  <u>/s/ Harvey Brown </u>
         X Acting individually  ☐ Acting for the Court

Panel consists of  _____

Date: <u>April 29, 2013</u>